IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CELSIUS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:25-cv-785 |
| | ) |
| WYATT FRANK HAWKINS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Celsius, Inc. hereby voluntarily dismisses with prejudice its Complaint in the above-styled action pursuant to a settlement reached by the parties. Defendant Wyatt Frank Hawkins has not filed or served an Answer or otherwise responded to Plaintiff's Complaint. As such, Plaintiff has the right to dismiss the action by filing this notice of dismissal. Fed. R. Civ. Pro. 41(a)(1)(A)(i). Each party shall bear its own costs and attorneys' fees.

Dated: July 24, 2025

Respectfully submitted,

By: */s/ Jared Slade*

Jared M. Slade, Esq.
Texas Bar No. 24060618
Email: Jared.Slade@alston.com
Phone: 214-922-3400
Facsimile: 214-922-3899
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201

1

Joseph G. Tully, Esq. (*Pro Hac Vice Forthcoming*)
New York Bar No. 4441143
Email: Joe.Tully@alston.com
Phone: 212-210-9400
Facsimile: 212-210-9444
**ALSTON & BIRD LLP**
90 Park Ave.
New York, NY 10016

Christina Hull, Esq. (*Pro Hac Vice Forthcoming*)
Georgia Bar No. 242539
Email: Christy.Hull@alston.com
Christopher Johnson, Esq. (*Pro Hac Vice Forthcoming*)
Georgia Bar No. 113494
Email: Chris.Johnson@alston.com
Phone: 404-881-7000
Facsimile: 404-881-7777
**ALSTON & BIRD LLP**
1201 W. Peachtree St., Suite 4900
Atlanta, GA 30309

*Attorneys for Plaintiff*
*Celsius, Inc.*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 24, 2025, and Defendant Wyatt Hawkins is being served electronically via email.

                                               */s/ Jared Slade*
                                               Jared Slade